UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


CHARLES WEBB,

     Plaintiff,

                                  Case No. 1:22-cv-504

v.

                                  Hon. Hala Y. Jarbou

MICHELLE BRAY, et al.,

     Defendants.

_____/

## **ORDER**

On March 26, 2024, Magistrate Judge Phillip J. Green issued a Report and Recommendation (R&R) recommending that Defendant's motion for summary judgment be granted (R&R, ECF No. 51).  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so has expired.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 51) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (ECF No. 48) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Jones concerning the events of November 2, 2021, and November 10, 2021, are dismissed and Plaintiff's claims against Defendant Jones regarding the events of October 25, 2021, and October 27, 2021, shall proceed forward.


Dated: April 25, 2024                          /s/ Hala Y. Jarbou
                                               HALA Y. JARBOU
                                               CHIEF UNITED STATES DISTRICT JUDGE